LEGAL DEPARTMENT



November 2, 2016

**VIA ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
PRESIDENT

ANTHONY D. ROMERO
EXECUTIVE DIRECTOR

ROBERT B. REMAR
TREASURER

Re: <u>American Civil Liberties Union, *et al.* v. Department of Justice, *et al.*, No. 15-2956 and 15-3122</u>

Dear Ms. Wolfe:

Please take notice that, as of September 16, 2016, Matthew Spurlock is no longer with the American Civil Liberties Union. He hereby withdraws his appearance as counsel for Plaintiffs-Appellants-Cross-Appellees American Civil Liberties Union and American Civil Liberties Union Foundation in the above-referenced matter and requests that his name be removed from the Court's service list. Brett Max Kaufman, Anna Diakun and I will continue to serve as counsel to be noticed for Plaintiffs-Appellants-Cross-Appellees. I will continue to serve as lead counsel.

Respectfully submitted,

/s/ Hina Shamsi
Hina Shamsi
Brett Max Kaufman
Anna Diakun
American Civil Liberties Union
   Foundation
125 Broad Street—18th Floor
New York, New York 10004
T: 212.549.2500
F: 212.549.2654
hshamsi@aclu.org

*Counsel for Plaintiffs-Appellants-Cross-Appellees American Civil Liberties Union and American Civil Liberties Union Foundation*

Cc: Sarah S. Normand, AUSA (via ECF)

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION